## COLUMBIA SAINT MARY'S HOSPITAL MILWAUKEE, INC., Appellee

v.

Sylvia Mathews **BURWELL**, Secretary of the United States Department of Health and Human Services, Appellant.

No. 12–5378.

United States Court of Appeals, District of Columbia Circuit.

April 7, 2015.

Andrew C. Bernasconi, Reed Smith LLP, Washington, DC, David James Bird, Reed Smith LLP, Pittsburgh, PA, Salvatore Giuseppe Rotella, Jr., Reed, Smith, LLP, Philadelphia, PA, for Appellee.

Stephanie Robin Marcus, Anthony John Steinmeyer, Stuart F. Delery, U.S. Department of Justice, Ronald C. Machen, Jr., Esquire, U.S. Attorney's Office, Washington, DC, for Appellant.

Before: GARLAND, Chief Judge, BROWN, Circuit Judge, and EDWARDS, Senior Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs of the parties. The Court has accorded the issues full consideration and has determined that they do not warrant a published opinion. *See* D.C. CIR. R. 36(d). For the reasons stated below, it is

**ORDERED and ADJUDGED** that the judgment of the district court be vacated and the case remanded for reconsideration in light of this court's opinion in *Catholic Health Initiatives v. Sebelius,* 718 F.3d 914 (D.C.Cir.2013).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* FED. R.APP. P. 41(b); D.C. CIR. R. 41.